# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAIG THOMAS BATES,**

    **Plaintiff,**

v.                          Case No. 10-C-0576

**HANNS FRIEDELL,
NURSE JANE DOE, and
DOCTOR JOHN DOE,**

    **Defendants,**

## ORDER

Defendant Hanns Friedell has filed a motion for an order pursuant to Federal Rule of Civil Procedure 30(a)(2) granting him leave to depose plaintiff Craig Thomas Bates, a state prisoner confined at the Racine Correctional Institution. Under the Scheduling Order entered May 25, 2011, this motion was not necessary. In that Order, I authorized the deposition of plaintiff and other witnesses confined in prison upon the condition that defendants serve all parties with the required notice at least 14 days before such a deposition. Nevertheless,

**IT IS ORDERED** that the defendant's motion to conduct the deposition of plaintiff Craig Thomas Bates (Docket #37) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2011.

/s_____
LYNN ADELMAN
District Judge