# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CRAIG THOMAS BATES,**
        **Plaintiff,**

        **v.**                                                    **Case No. 10-C-00576**

**NURSE JANE DOE, and**
**DR. STEPHEN A. CULLINAN,**
        **Defendants.**

---

## ORDER

In an Order entered June 11, 2013, I directed plaintiff to file his response to defendant's motion for summary judgment on or before August 9, 2013. No response has been filed to date.

**THEREFORE, IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **Friday, September 6, 2013**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b), unless prior to that date plaintiff responds to defendant's motion or establishes just cause for his failure to respond to said motion as required.

Dated at Milwaukee, Wisconsin, this 17th day of August, 2013.


                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge

**Civil Local Rule 41(c)**
**Dismissal for Lack of Diligence**

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.

2